# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KARA GLASS, | : | NO. 4:25-CV-00055 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | (CAMONI, M.J.) |
| FRANK BISIGNANO, | : | |
| *Commissioner of Social Security*, | : | |
| Defendant. | : | |

## **ORDER**

In accordance with the accompanying Memorandum Opinion, it is

ORDERED that:

(1)   The Commissioner's decision be VACATED, and this case is REMANDED to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

(2)   Final judgment will be entered in Plaintiff's favor.

(3)   The Clerk of Court is directed to CLOSE this case.

Date: July 13, 2026

*s/Sean A. Camoni*
Sean A. Camoni
United States Magistrate Judge

Page 1 of 1